UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8990 CAS (VBXx) | Date | April 16, 2013 |
|---|---|---|---|
| Title | ROBERT E. LYON V. EDWIN D. SCHINDLER, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants

Not present                                              Not present

**Proceedings:**   (IN CHAMBERS): FIRST EX PARTE APPLICATION FOR SUMMARY JUDGMENT AS TO DISMISSAL OF COMPLAINT AS TO HEARING DATE (Docket #40, filed April 10, 2013)

EX PARTE APPLICATION FOR ORDER FOR DEFERRING DEFENDANT'S REPLY TO PLAINTIFF'S DISCOVERY REQUESTS (Docket #39, filed April 10, 2013)

On April 10, 2013, plaintiff filed an ex parte application asking the Court to extend the date for hearing defendant's pending motion for summary judgment, which is currently scheduled for April 29, 2013. Plaintiff asks that the date be extended in order to serve defendant with discovery requests that plaintiff seeks to use in opposition to the motion. Plaintiff has not, however, set out what discovery he seeks or explained why the sought after discovery is "essential to justify [his] opposition," and accordingly, the Court finds no grounds for granting plaintiff's request. Fed. R. Civ. Proc. 56(d); <u>Adams v. Allstate Insurance Co.</u>, 187 F. Supp. 2d 1207, 1213 (C.D. Cal 2002). The hearing date of April 29, 2013 will therefore remain unchanged, plaintiff must file an opposition to defendant's motion for summary judgment no later than **April 22, 2013**, and the reply must be filed no later than **April 25, 2013**.

Additionally, on April 10, 2013, defendant filed an ex parte application asking the Court to extend the date by which defendant is required to respond to requests for admission served by plaintiff until thirty days after the date of any ruling on his motion for summary judgment. Plaintiff's requests for admission appear to have been served on April 4, 2013. Because defendant did not receive adequate notice that he would receive these requests for admission, and because extending the deadline for a response would not prejudice plaintiff, the Court grants the request for an extension of time, but does not

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8990 CAS (VBXx) | Date | April 16, 2013 |
|---|---|---|---|
| Title | ROBERT E. LYON V. EDWIN D. SCHINDLER, ET AL. | | |

grant an extension of the requested length.  Provided that plaintiff's requests for admission comply with the applicable laws, defendant must respond to the requests by **May 13, 2013**.

IT IS SO ORDERED.

|   |   | 00 | : | 00 |
|---|---|---|---|---|
|   | Initials of Preparer |   | CMJ |   |