UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8990 CAS (VBKx) | Date | June 17, 2013 |
|---|---|---|---|
| Title | ROBERT E. LYON V. EDWIN D. SCHINDLER, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS): MOTION FOR RECONSIDERATION RE ORDER ON MOTION FOR SUMMARY JUDGMENT (Docket #58, filed May 24, 2013)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of June 24, 2013 is vacated.

Plaintiff Robert Lyon ("Lyon") filed the instant action in Los Angeles County Superior Court on September 17, 2012 against Edwin Schindler ("Schindler"). Subsequently, Schindler removed the action to this Court on October 18, 2012. Lyon's complaint asserts five claims for relief: (1) breach of contract, (2) open book account, (3) account stated, (4) reasonable value of services, and (5) fraud. Also, Schindler has filed a single counterclaim against plaintiff for conversion.

On March 25, 2013, Schindler filed a motion for summary judgment. The Court held a hearing regarding this motion on April 29, 2013, and at the hearing issued a tentative order granting the motion. At the hearing, Lyon asked the Court for leave to file a five page supplemental brief addressing issues raised in the tentative order. The Court granted such leave to Lyon, and his supplemental brief was filed on April 30, 2013.

After further consideration of the motion for summary judgment, the Court denied the motion on May 13, 2013. On May 24, 2013, Schindler filed a motion for reconsideration. In Schindler's motion, Schindler asks the Court for leave to file a five page supplemental brief addressing the Court's order denying his motion for summary judgment. Schindler contends that he should be permitted to file this supplemental brief because Lyon was permitted to file a five page supplemental brief addressing issues

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8990 CAS (VBKx) | Date | June 17, 2013 |
|---|---|---|---|
| Title | ROBERT E. LYON V. EDWIN D. SCHINDLER, ET AL. | | |

raised by the Court's April 30, 2013 tentative order.  Schindler's brief will argue that summary judgment should be entered in his favor pursuant to his affirmative defense that the claims are barred by the applicable statute of limitations.

    The Court grants Schindler's request to file a five page supplemental brief addressing the Court's May 13, 2013 order, and specifically, addressing whether the claims are barred by the applicable statute of limitations.  Schindler must submit this brief by **June 21, 2013**.  Upon submission of Schindler's brief, this matter will stand submitted.

    IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |