# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|---|
| Case No. | CV12-8990-CAS(VBKx) | Date | August 14, 2014 |
| Title | *ROBERT E. LYON v. EDWIN D. SCHINDLER* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - Joint Motion for Dismissal, With Prejudice, Pursuant to Settlement Agreement (Filed 08/01/14)[83]

The Court is in receipt of the above-referenced joint motion. The Court hereby grants the parties Joint Motion for Dismissal, With Prejudice.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |